1  **THE AGUILERA LAW GROUP, APLC**
   A. Eric Aguilera, Esq. (SBN 192390)
2  Kari M. Myron, Esq. (SBN 159592)
   Angela Zanin-Wog, Esq. (SBN 229149)
3  650 Town Center Drive
4  Suite 100
   Costa Mesa, CA 92626
5  T: 714-384-6600 / F: 714-384-6601
   eaguilera@aguileragroup.com
6  kmyron@aguileragroup.com
7  azanin@aguileragroup.com

8  Attorneys for Plaintiff, ST. PAUL MERCURY INSURANCE COMPANY

9

10                         **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | Case No. 5:13-cv-05115 BLF<br>[Assigned to the Honorable Beth Labson Freeman – Courtroom 3, 5th Floor] |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| SHAPELL INDUSTRIES, INC. a California corporation; EAGLE RIDGE DEVELOPMENT COMPANY, LLC, a canceled California limited liability company, and DOES 1 through 10 inclusive, | |
| Defendant. | |

Pursuant to stipulation of Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST.PAUL"), and Defendants SHAPELL INDUSTRIES, INC. ("SHAPELL") and EAGLE RIDGE DEVELOPMENT COMPANY, LLC ("EAGLE RIDGE") and good cause existing therefore,

///

1     **IT IS HEREBY ORDERED** that the above-entitled action is dismissed without prejudice
2 pursuant to FRCP 41(a)(1)(A)(ii) and that such dismissal includes the dismissal without of prejudice
3 of (1) ST. PAUL'S claims made against SHAPELL and EAGLE RIDGE; and (2) SHAPELL's and
4 EAGLE RIDGE'S counterclaims against ST. PAUL.  Except as otherwise provided in the parties'
5 settlement agreement, each party to bear its own costs and fees.

7 Dated: January 13, 2015

                                              Hon. Beth Labson Freeman
                                              Judge of the District Court